UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-cr-64-001 |
| vs. | ) | |
| | ) | |
| | ) | COLLIER / CARTER |
| RENE CANDELARIO-CRUZ | ) | |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on July 21, 2011, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision of U.S. Probation Officer Doug Corn and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

      (1) AUSA Terra Bay for the USA.
      (2) The defendant RENE CANDELARIO-CRUZ.
      (3) Attorney Anthony Martinez for defendant.
      (4) Deputy Clerk Russell Eslinger.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Defendant swore that he had no significant assets. Attorney Anthony Martinez of Federal Defender Services was appointed to represent the defendant. It was determined the defendant had been provided with a copy of the Petition for Warrant for Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. Martinez. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant waived his right to a preliminary hearing and detention hearing.

AUSA Terra Bay moved defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier.

1

## Findings

(1) Based upon U.S. Probation Officer Doug Corn's petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition.

## Conclusions

It is ORDERED:

(1) The defendant shall be appear in a revocation hearing before U.S. District Judge Curtis L. Collier.

(2) The motion of AUSA Bay that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier **on Thursday, July 28, 2011 at 9:00 a.m.**

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

2